**Order entered April 8, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-21-00444-CR
No. 05-21-00456-CR
No. 05-21-00457-CR
No. 05-21-00458-CR
No. 05-21-00459-CR

**SEAN KRENZER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-84208-2018, 366-84209-2018, 366-84210-2018,**
**366-84211-2018 & 366-84212-2018**

## ORDER

On April 4, 2022, appellant filed amended briefs in these appeals. We **STRIKE** appellant's March 28, 2022 briefs. The State's brief is due April 27, 2022.

/s/    BILL PEDERSEN, III
       JUSTICE